AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Georgia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ALEXIS BEATLES | ) | Case No. |
| | ) | 4:25-mj-005 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ December 18-19, 2024 _____ in the county of _____ Chatham _____ in the _____ Southern _____ District of _____ Georgia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875 | Threatening Interstate Communications |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
//S// Sean McAllister
*Complainant's signature*

Sean McAllister, Task Force Agent, FBI
*Printed name and title*

Application and affidavit submitted and received by electronic mail, sworn to by telephone, and warrant issued and transmitted to the applicant by electronic mail, all pursuant to Fed.R.Crim.P. 4.1(b)(6)

Date: _____ 01/16/2025 _____

_____
*Judge's signature*

City and state: _____ Augusta, Georgia _____

Hon. Brian K. Epps
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES | |
| | Case No. 4:25-MJ-005 |
| v. | |
| | |
| ALEXIS BEATLES | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Sean McAllister, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     I make this affidavit in support of a Criminal Complaint and Arrest Warrant for Alexis BEATLES.

2.     I am a Special Agent with the Department of the Army Criminal Investigation Division (DACID) and have been since August 2022. I am currently detailed as a Task Force Agent (TFA) to the Federal Bureau of Investigation (FBI) Resident Agency (RA) located in Savannah, GA, which is a suboffice of the FBI's Atlanta Field Office. I have been detailed with the FBI since May 2023. As a Special Agent, I am authorized to investigate a wide variety of crimes involving violations of federal law to include cases involving threatening communications. Since 2006, I have received training and experience in conducting criminal investigations including interview and interrogation techniques, arrest procedures, search and seizure procedures and search warrant applications.

3.      This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## BACKGROUND REGARDING 18 U.S.C. § 875(c)

4.      Under 18 U.S.C. § 875, "[w]however transmits in interstate or foreign commerce any communication containing any . . . threat to injure the person of another shall be fined or imprisoned not more than ten years, or both.

5.      Factors courts have considered to determine whether a "true threat" was made include the following: (1) the reaction of those who heard the threat, (2) whether the threat was conditional, (3) whether the threat was communicated directly to its victim, (4) the history of the relationship between the defendant and the victim, and (5) the context in which the threat was made.

## PROBABLE CAUSE

6.      As set forth in further detail below, Alexis BEATLES is under investigation for the transmission of threatening communications on multiple occasions to employees of the U.S. Department of Veteran's Affairs ("VA") in violation of 18 U.S.C. § 875(c) (Interstate Communications).  There is probable cause to believe that BEATLES made several calls to the VA hotline between December 18-19, 2024, and repeatedly made threats to harm employees of the VA as well as other Americans. The VA hotline is a national hotline that receives calls and routes them to multiple different hubs throughout the country.

2

7.    Specifically, on December 18, 2024, at approximately 6:03 a.m. Central Time.
BEATLES made a call to the VA hotline which was answered by a VA employee.  BEATLES
immediately began demanding that his name be disassociated with the VA and with the United
States military.  During a phone call that lasted over 40 minutes, BEATLES repeatedly threatened
the VA employee making statements such as: "[I'll] kill all of y'all", "I'm going to stick you in
your neck son, don't come hollering at me and messing. I'm going to start killing ya'll", "It's time
to destroy you motherfuckers", "I need to kill you so you can go away and I can find some real
help", "Don't you ever send no police to my house because I'm going to sit my house up to blow
up when they get there, I'm promising you that", "The other niggas I want to kill too. So, you send
them again. I'm going to make sure they don't go back home", "Or I'm gonna follow them back
home and I'm gonna get they families. I'm gonna start running to they families' house, gonna start
killing up their children.", etc.  BEATLES also stated that he would drive his car into a VA
Medical Center located in Savannah, Georgia.

8.    Based on these threats, the VA employee advised a supervisor and made a report
that was turned over to law enforcement. The following day, a follow-up call was made to
BEATLES by a VA employee.  BEATLES reiterated that he would drive his car into the Savannah
VA Medical Center.  BEATLES later made two other phone calls to the VA hotline on December
18th and 19th with similar demands and threats. These additional calls and threats generated
reports that were turned over to law enforcement.

9.    On January 05, 2025, at 12:25 p.m. Eastern Time, the FBI's National Threat
Operations Center (NTOC) received a report from a U.S. citizen about Facebook posts made by

BEATLES; wherein, BEATLES posted about Googling how to make bombs. The FBI located a Facebook account with the username "Alxs Beatls" that contained photos of BEATLES. The Facebook page listed living in Hinesville, Georgia, as well as having attended Roswell High School in Georgia.

10.     A post on January 04, 2025, that is publicly viewable said, "GOOGLE SEARCH HISTORY: How to make IMPROVISED explosives DEVICES at HOME. DAMN RIGHT I AM LOOKING! NOW Everybody already know. FUCK UR INVESTIGATION!." A subsequent post read, "AN: ammonium nitrate, AN/FO: ammonium nitrate/fuel oil, BP: black powder, CAN: calcium ammonium nitrate, CHP: concentrated hydrogen peroxide, HMTD: hexamethylene triperoxide diamine, IS: icing sugar, NM: nitromethane, PETN: pentaerthritol tetranitate, TATP: triacetone triperoxide, TNT: trinitrotoluene. FIND PRODUCTS CONTAINING THESE CHEMICALS."

11.     A review of publicly viewable Facebook posts includes a December 20, 2024, post that read, "My intentions were stated clearly, & that's to see USA fall, FUCK who gets mad, Fuck all of YALL!!!" Another December 20th post read, "USA issued to me DEATH THREATS IN THE WAR-ZONE After, I killed on USA's behalf. Am I to love USA? AM I proud to Be an American? Do I need to support the one who threatened to kill me? AsK A VA psychiatrist? Ask a Beatles family member? Common Sense Ain't common IN USA!!! They need to hire a person with a COMMON SENSE DEGREE or diploma."

12.     A Facebook post made on January 02, 2025, read, "It is Sad but after dealing with US ARMY, Veterans Affairs, my Family, & the USA, I AM HAPPY TO SEE THE DEATHS &

Everything taking place in the USA. HAPPY NEW YEAR? It is A NEW HAPPY this YEAR!!!!! See you next YEAR, & every other YEAR TO COME." On January 03, 2025, another post read, "TO anyone & EVERYone planning to ATTACK USA, IT MAY BE that GOD has sent you to DESTROY the devil's WORK. A message of encouragement from a FORMER US SOLDIER & VETERAN. GET 'ER DONE! -FEARLESS."

13.     A review of other Facebook posts made by BEATLES since mid-December 2024, showed a continued disdain for the United States, Veterans Affairs, US Army, homosexuals, and his family. BEATLES made posts in support of ISIS, as well as made other veiled threats to U.S. persons.

## **CONCLUSION**

14.     Based on the foregoing information, there is probable cause to believe that BEATLES has engaged in making interstate threatening communications, in violation of 18 U.S.C. § 875(c).  I respectfully request the Court issue an Arrest Warrant for BEATLES for this offense.

Respectfully submitted,

*Sean R. McAllister*

Sean McAllister
Task Force Agent
Federal Bureau of Investigation

Subscribed and sworn to by reliable electronic means (telephone) in accordance with the provisions of Fed.R.Crim.P. 4.1 on January 16, 2025:

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE